IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LUIS DANIEL CENTENO CRUZ<br><br>LAURA RODRIGUEZ REYES<br><br>DEBTOR (S) | CASE NO. *13-09967-ESL*<br><br>CHAPTER 7 |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE COURT:

COME NOW, **LUIS DANIEL CENTENO CRUZ** and **LAURA RODRIGUEZ REYES**, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors have changed their postal address as follow:

   **URB LOS ROBLES
   CALLE 7 H 8
   GURABO PR 00778**

**WHEREFORE**, debtors respectfully request from this Honorable Court take notice of the foregoing and Order the Clerk's office to amend and correct the aforementioned information.

**HEREBY CERTIFY** that on this same date a copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Chapter 7 Trustee, Roberto Roman Valentin; and also certify

Page- 2-
*Debtors' Informative motion RE: Change Postal Address*
*Case no. 13-09967-ESL*

that I have mailed by United States Postal Service copy of this motion to he following non CM/ECF participant debtors, Luis Daniel Centeno Cruz and Laura Rodriguez Reyes; and to all creditors and parties in interest in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 2th of December, 2013.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONERS
USDC #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

CENTENO CRUZ, LUIS DANIEL
Urb Los Robles
H 8 Calle 7
Gurabo, PR  00778

Martinez & Torres Law Offices
PO Box 192938
San Juan, PR  00919-2938

RODRIGUEZ REYES, LAURA
Urb. Los Robles
H 8 Calle 7
Gurabo, PR  00778

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR  00726-0186

Administracion de los Sistemas de Retiro
PO Box 42003
San Juan, PR  00940-2203

Asociacion De Empleados De ELA
PO Box 4508
San Juan, PR  00936-4508

Banco Popular De Puert
PO Box 3228
San Juan, PR  00936

Citifinancial
PO Box 499
Hanover, MD  21076

Claro
Metro Office Park Piso 2
Guaynabo, PR  00966

Doral Financial Corp
PO Box 29426
Rio Piedras, PR  00929

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL  32256